Approved.
/s/ *Benita Y. Pearson* on 2/28/2022
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CHRISTINA WHARTON**, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) CASE NO. 5:22-cv-00144 ) ) JUDGE BENITA Y. PEARSON ) |
| v. | ) **NOTICE OF VOLUNTARY DISMISSAL** ) **WITHOUT PREJUDICE** |
| **MEDLINE INDUSTRIES, LP** | ) ) |
| Defendant. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Christina Wharton hereby gives notice that she is dismissing this action in its entirety, without prejudice.

Respectfully submitted,

*/s/ Jeffrey J. Moyle*
Jeffrey J. Moyle (0084854)
1360 E. 9th Street, Suite 808
Cleveland, OH 44114
Telephone: (216) 230-2955
Facsimile: (330) 754-1430
Email: jmoyle@ohlaborlaw.com

Shannon M. Draher (0074304)
7034 Braucher Street, N.W., Suite B
North Canton, OH 44720
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: sdraher@ohlaborlaw.com

*Counsel for Plaintiff*